

NUMBER 13-10-00416-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JASON NORTON,                                                                          Appellant,

v.

ALICIA NORTON,                                                                          Appellee.

**On appeal from the County Court at Law
of Coryell County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

The appellant's brief in the above cause was originally due on September 27, 2010. Appellant has previously requested and received four prior extensions of time to file the brief. On June 9, 2011, this Court ordered the appellate brief to be filed on or before June 30, 2011. The order notified counsel that no further extensions would be

granted and that if the brief was not filed, the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.

To date no response has been received from appellant and the brief has not been filed. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b)(c).

PER CURIAM

Delivered and filed the
21st day of July, 2011.